O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV13-01892-MMM (JCx) | Date | April 29, 2013 |
|---|---|---|---|
| Title | JOSHUA JABLONSKI v. BANK OF AMERICA, N.A., et al. | | |

| Present: The Honorable | MARGARET M. MORROW | |
|---|---|---|
| Stephen Montes | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

No Appearance  No Appearance

**Proceedings:**  IN CHAMBERS (No Proceedings Held)

     The Court ORDERS plaintiff's counsel of record, Karl Anthony Gerber, to SHOW CAUSE in writing by not later than May 6, 2013 why the case should not be dismissed for failure to appear at the April 29, 2013 Scheduling Conference and failure to follow court orders.
.

                                                                     :
Initials of Preparer  SMO